FILED & ENTERED

FEB 23 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HONG NGUYEN and XA KIEN NAM,<br><br>Debtors. | Case No. 8:07-bk-14256<br><br>Chapter 7<br><br><br>ORDER DENYING DEBTORS' EMERGENCY MOTION TO REOPEN BANKRUPTCY CASE |

On February 18, 2011, Hong Nguyen and Xa Kien Nam (together, the "Debtors"), debtors in the above-captioned bankruptcy case, filed the instant *Notice of Motion and Emergency Motion to Reopen Chapter 7 Bankruptcy Case* [Docket #15] (the "Motion").

**IT IS HEREBY ORDERED** that:

The Motion is denied. There appears to be no bankruptcy purpose for reopening the case since the bankruptcy estate has been administered and closed. The Court is mindful that a trustee's sale of the Debtors' real property has been scheduled, but the Debtors' apparent objections to the validity of the trustee's sale are based on state law,

1 and subject to abstention principles, the Debtors should raise those objections in state
2 court and avail themselves of state procedures, rather than reopen the bankruptcy case.
3 ###

DATED: February 23, 2011

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DENYING DEBTORS' MOTION TO REOPEN BANKRUPTCY CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 23, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

James J Joseph (TR)    KValbuena@dgdk.com, jjoseph@ecf.epiqsystems.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Roman Quang Vu    romanvulawfirm@yahoo.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Global Capital Law, PC
Gary Harre, Esq.
Diane Beall, Attorney
8700 Warner Suite 200
Fountain Valley, CA 92647

Hong Nguyen
Xa Kien Nam
10572 Kern Street
Garden Grove, CA 92843

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: